IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30307
Conference Calendar
_____


ROBERT SUTER,

Plaintiff-Appellant,

versus

JEFFERSON PARISH JUVENILE
COURT DIVISION "B"; THOMAS McGEE,

Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisisana
USDC No. 95-CV-278 A
- - - - - - - - - -
December 21, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

Robert Suter brought a civil rights complaint against Louisiana Juvenile Court Judge, Thomas McGee, alleging that Judge McGee had improperly conducted a custody hearing in which he apparently removed from Suter's custody two of his children. Suter argued that, because he was a resident of Utah at the time of the custody proceeding, Judge McGee either was without

_____

[*] Local Rule 47.5.1 provides: "The publication of opinions that merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.

jurisdiction to preside over the case or should have transferred the case somehow to a court in Utah.

Although the district court reached the merits and determined that the claims were legally frivolous based on the absolute immunity of judicial officers, this court AFFIRMS based on the district court's lack of subject matter jurisdiction. Rooker v. Fidelity Trust Co., 263 U.S. 413, 416 (1923); Chrissy F. by Medley v. Mississippi Dept. of Public Welfare, 995 F. 2d 595, 597, 599 (5th Cir. 1993), cert. denied, 114 S. Ct. 1336 (1994); see also Bickford v. Int'l Speedway Corp., 654 F.2d 1028, 1031 (5th Cir. 1981) (this court may affirm on grounds different from those employed by the district court).  Accordingly, Suter's motions to compel discovery, for temporary custody, for expedited review, and for extraordinary relief are DENIED.  Suter is WARNED that the filing of frivolous appeals in the future will result in the imposition of sanctions.

AFFIRMED.